Keith MARTIN, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 458, 2015

Supreme Court of Delaware.

Submitted: January 14, 2016
Decided: February 23, 2016

AFFIRMED.

■

Shawana LAYNE f/k/a Shawana Singleton, as Guardian Ad Litem and Next Friend to Frank Lee Layne, Jr., Plaintiff Below, Appellant,

v.

GAVILON GRAIN, LLC d/b/a Peavey Company and Jair Cabrera, Defendants Below, Appellees.

No. 31, 2016

Supreme Court of Delaware.

Submitted: February 4, 2016
Decided: February 23, 2016

DISMISSED.

■

BON AYRE LAND LLC, Appellant Below–Appellant,

v.

BON AYRE COMMUNITY ASSOCIATION, Appellee Below–Appellee.

No. 221, 2015

Supreme Court of Delaware.

Submitted: February 24, 2016
Decided: February 25, 2016

REVERSED. REMANDED.